# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELE BROWNLEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-1033 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of November, 2010, upon consideration of Plaintiff's request for review and Defendant's response thereto, after careful review of the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice, and noting that no objections to the Report and Recommendation have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's request for review is **DENIED**.

3. Judgement is entered in favor of the defendant.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**